IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CODY BLACKBURN | § | |
| VS. | § | CIVIL ACTION NO. 9:22-CV-102 |
| ANGELINA COUNTY, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Christopher Cody Blackburn, a prisoner confined at the Brazoria County Detention Center, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks leave to proceed *in forma pauperis*.

The action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

On October 24, 2022, Plaintiff was ordered to pay an initial partial filing fee of $4.00 within thirty days of the date of the Order. As of this date, Plaintiff has not paid the initial partial filing fee or shown good cause for his failure to comply with the Order.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or to comply with a court order. *Larson v. Scott,* 157 F.3d 1030, 1031 (5th Cir. 1998). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash R.R.*, 370 U.S. 626, 629-30 (1962); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997).

Plaintiff has failed to prosecute this case diligently because he has not paid the initial partial filing fee or shown good cause for his failure to comply with the Order. Accordingly, this action should be dismissed without prejudice for want of prosecution.

## Recommendation

This action should be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court, except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 2nd day of December, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE